**UNITED STATES of America,**
**Appellee,**

v.

**Carmine AGNELLO, Steven Scala and**
**New York Shredding Corporation,**
**Defendants–Appellants,**

**Mark Lomonaco, Joseph Burger, Debra**
**DeCarlo, Michael Agnello and John**
**Sowulski, Defendants.**

Nos. 01–1211L, 01–1212, 01–1213.

United States Court of Appeals,
Second Circuit.

July 10, 2001.

Marc Fernich, Law Office of Marc Fernich, New York, NY; Debra A. Karlstein, on the brief, for defendant-appellant New York Shredding Company. Clayman & Rosenberg, New York, NY; Brian D. Linder, on the brief, for defendant-appellant Steven Scala. Brafman & Ross, Benjamin Brafman, on the brief. Kaplan & Katzberg, New York, NY; Robert F. Katzberg, on the brief, for defendant-appellant Carmine Agnello. Bridget Rhode, United States Attorney's Office for the Eastern District of New York, Brooklyn, NY; Loretta E. Lynch, United States Attorney, and Emily Berger, Assistant United States Attorney, on the brief, for appellee.

Present JACOBS, PARKER, and SOTOMAYOR, Circuit Judges.

### SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be, and it hereby is, AFFIRMED.

Defendants Carmine Agnello, Steven Scala and New York Shredding Company challenge Judge Gershon's March 27, 2001 order compelling the grand jury testimony of two attorneys. We affirm for substantially the reasons stated in Judge Gershon's order. *See United States v. Agnello,* 2001 WL 310423 (E.D.N.Y. March 27, 2001).